### PERLITCH v. SIMON.

(Supreme Court, Appellate Term, First Department. December 24, 1914.)

LICENSES (§ 39*)—RECOVERY BY UNLICENSED PERSONS—PLUMBERS.
> A party must prove that he is a licensed plumber, in order to recover for labor and materials furnished as a plumber.
> [Ed. Note.—For other cases, see Licenses, Cent. Dig. §§ 76–78; Dec. Dig. § 39.*]

Appeal from Municipal Court, Borough of the Bronx, Second District.

Action by Harry Perlitch against Louise Simon. Judgment for plaintiff, and defendant appeals. Reversed.

Argued December term, 1914, before GUY, BIJUR, and PAGE, JJ.

Charles Frankel, of New York City, for appellant.
Isidor Block, of New York City, for respondent.

PAGE, J. This is an action brought by a plumber to recover for labor and materials furnished in installing a hot water heater and boiler and putting in a new water main in the defendant's house. The plaintiff failed to plead and prove that he was a licensed plumber, which was a prerequisite to his right to recover. Milton Schnaier & Co. v. Grigsby, 132 App. Div. 854, 117 N. Y. Supp. 455, affirmed on opinion of Scott, J., below, 199 N. Y. 577, 93 N. E. 1125. The defendant's motion to dismiss the complaint upon that ground, made at the close of the entire case, should have been granted.

The judgment should be reversed, with costs, and the complaint dismissed. All concur.